UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEUK HUN,<br><br>             Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:16-cv-1468- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

On February 23, 2017, the parties filed a stipulation for an extension of time for Defendant to prepare and file the certified administrative record. (Doc. 10) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

    1.    Defendant's request for an extension of time is **GRANTED**; and

    2.    Defendant **SHALL** file the administrative record on or before **March 27, 2017**.

IT IS SO ORDERED.

Dated:   **February 24, 2017**             **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE