1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11   MOEUK HUN,                            )   Case No.: 1:16-cv-01468- JLT
                                           )
12            Plaintiff,                   )   ORDER GRANTING EXTENSION OF TIME
                                           )
13       v.                                )   (Doc. 16)
                                           )
14   NANCY A. BERRYHILL[1],                )
     Acting Commissioner of Social Security, )
15                                         )
              Defendant.                   )
16   _____

17          On June 22, the parties filed a stipulation for an extension of time for Plaintiff to file an opening

18   brief.  (Doc. 16)  Notably, the Scheduling Order permits a single extension by the stipulation of parties

19   (Doc. 5 at 4), and this is the first extension requested by either party.  Accordingly, the Court

20   **ORDERS**:

21          1.      The request for an extension of time is **GRANTED**; and

22          2.      Plaintiff **SHALL** file an opening brief no later than **July 28, 2017**.

23

24   IT IS SO ORDERED.

25       Dated:   __June 23, 2017__              _____**/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28
     _____
            [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.