# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEUK HUN, <br><br>    Plaintiff, <br><br>    v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br>    Defendant. | Case No.: 1:16-cv-01468 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On August 11, 2017, Moeuk Hun and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 21) Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:   fees in the total amount of $1,657.05 are **AWARDED** to, Moeuk Hun.

IT IS SO ORDERED.

   Dated:   **August 14, 2017**                    **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.